**UNITED STATES of America,
Appellee,**

v.

**Jorge Alfredo PINA–ARELLANO, also
known as Jorge Alberto Lopez, also
known as Jose Lopez–Gonzalez, Appellant.**

**No. 02–1011.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 24, 2002.

Decided April 26, 2002.

Before LOKEN, BEAM, and RILEY,
Circuit Judges.

PER CURIAM.

Jorge Pina–Arellano appeals the sentence imposed by the district court[1] after he pleaded guilty to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2). Specifically, Pina contends he was entitled to a downward departure because—as an alien subject to removal—he is subject to a longer and harsher period of incarceration.

As he concedes, this court rejected his argument in *United States v. Cardosa–Rodriguez*, 241 F.3d 613, 614 (8th Cir. 2001) (deportable aliens' ineligibility for Bureau of Prisons benefits does not provide basis for downward departure in illegal-reentry cases), and only this court en banc may overrule that decision, *see Campbell v. Purkett*, 957 F.2d 535, 536 (8th Cir.1992) (per curiam).

Accordingly, we affirm.

A true copy.

---

1. The HONORABLE ROBERT W. PRATT, United States District Judge for the Southern District of Iowa.